# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - TRIAL

Case No.   <u>SA CV08-752-AHS(ANx)</u>                          Date: <u>**February 2, 2010**</u>

Title:    <u>HONGLAN CHO, et al. v. CITY OF LA HABRA, et al.</u>

==================================================================

**PRESENT:** <u>HONORABLE ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE</u>

| <u>Ellen N. Matheson</u> | <u>Deborah Parker</u> |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
Shelley Kaufman                                Bruce D. Praet
Eugene P. Harris

_____DAY COURT TRIAL          **FIRST**      DAY JURY TRIAL

\_\_\_\_ One day trial. **X** Begun (1st day). **X** Held & continued. \_\_ Completed by jury verdict/submitted to Court.

**X** Civil Peremptory Challenges FILED.     **X** Jury impaneled and sworn.

**X** Opening Statements made by <u>Plaintiff and Defendant</u>.

**X** Witnesses called, sworn & testified.   **X** Exhibits identified.    \_\_\_\_ Exhibits admitted.

\_\_\_\_ Plaintiff(s) rests.     \_\_\_\_ Defendant(s) rests.

\_\_\_\_ Closing arguments made by _____    **X** Court pre-instructs jury.

\_\_\_\_ Bailiff/matron sworn.   \_\_\_\_ Jury Retires to deliberate.   \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of _____ is read and filed.

\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.   \_\_\_\_ Jury discharged.   \_\_\_\_ FILED jury note(s).

\_\_\_\_ FILED Witness and Exhibit List(s).   \_\_\_\_ FILED Jury Instructions.

\_\_\_\_ JUDGMENT BY THE COURT in favor of _____ is read and FILED.

\_\_\_\_ FINDINGS, CONCLUSIONS OF LAW & JUDGMENT to be prepared by _____

\_\_\_\_ Trial stands Submitted to the Court.   \_\_\_\_ Briefs to be filed by _____.

\_\_\_\_ Motion to dismiss by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Exhibit Release Form(s) prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to <u>February 3, 2010, at 9:00 a.m.</u> for **X** further trial.

**X** Other: <u>Order Governing Attorney and Party Conduct at Trial ordered filed. Out-of-the-presence of the jury: Court and counsel discuss jury notebooks, exclusion of witnesses, plaintiffs' objection to Exhibit 224 is overruled.</u>

                                                          <u>06</u> : <u>00</u>
                                    Initials of Deputy Clerk:  <u>enm</u>

CV-96 (06/06)                   **CIVIL MINUTES-TRIAL**              Page 1 of 1