```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                         CIVIL MINUTES - TRIAL
```

Case No.   SA CV08-752-AHS(ANx)                    Date: **February 3, 2010**

Title:   **HONGLAN CHO, et al. v. CITY OF LA HABRA, et al.**

=================================================================
**PRESENT: HONORABLE ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE**

| Ellen N. Matheson | Deborah Parker |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
Shelley Kaufman                          Bruce D. Praet
Eugene P. Harris

_____ DAY COURT TRIAL          **SECOND** DAY JURY TRIAL

\_\_\_ One day trial. \_\_ Begun (1st day). **X** Held & continued. \_\_ Completed by jury verdict/submitted to Court.

\_\_\_ Civil Peremptory Challenges by \_\_\_\_\_ FILED.    \_\_\_ Jury impaneled and sworn.

\_\_\_ Opening Statements made by _____.

**X** Witnesses called, sworn & testified. Witness Honglan Cho testifies with assistance of Korean interpreter Hyon Park.

**X** Exhibits identified.    \_\_\_ Exhibits admitted.

\_\_\_ Plaintiff(s) rests.    \_\_\_ Defendant(s) rests.

\_\_\_ Closing arguments made by _____    \_\_\_ Court instructs jury.

\_\_\_ Bailiff/matron sworn.   \_\_\_ Jury Retires to deliberate.   \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of _____ is read and filed.

\_\_\_ Jury polled.  \_\_\_ Polling waived.  \_\_\_ Jury discharged.  \_\_\_ FILED jury note(s).

\_\_\_ FILED Witness and Exhibit List(s).    \_\_\_ FILED Jury Instructions.

\_\_\_ JUDGMENT BY THE COURT in favor of _____ is read and FILED.

\_\_\_ FINDINGS, CONCLUSIONS OF LAW & JUDGMENT to be prepared by _____

\_\_\_ Trial stands Submitted to the Court.    \_\_\_ Briefs to be filed by _____.

\_\_\_ Motion to dismiss by \_\_\_\_\_ is \_\_ granted. \_\_ denied. \_\_ submitted.

\_\_\_ Motion for mistrial by \_\_\_\_\_ is \_\_ granted. \_\_ denied. \_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is \_\_ granted. \_\_ denied. \_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Exhibit Release Form(s) prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to **February 4, 2010 at 9:00 a.m.** for **X** further trial.

**X** Other: Jury notebooks provided.

                                              06 : 12
                        Initials of Deputy Clerk: enm

CV-96 (06/06)            **CIVIL MINUTES-TRIAL**            Page 1 of 1