Case No.  <u>SA CV08-752-AHS(ANx)</u>                                      Date: <u>**February 4, 2010**</u>

Title:    <u>HONGLAN CHO, et al. v. CITY OF LA HABRA, et al.</u>

================================================================================

**PRESENT: HONORABLE ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE**

| <u>Ellen N. Matheson</u> | <u>Deborah Parker</u> |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
Shelley Kaufman                              Bruce D. Praet
Eugene P. Harris

_____DAY COURT TRIAL            **THIRD** DAY JURY TRIAL

\_\_\_\_ One day trial. \_\_ Begun (1st day). **X** Held & continued. \_\_ Completed by jury verdict/submitted to Court.

\_\_\_\_ Civil Peremptory Challenges by _____ FILED.     \_\_\_\_\_ Jury impaneled and sworn.

\_\_\_\_ Opening Statements made by _____.

**X** Witnesses called, sworn & testified.  **X** Exhibits identified.  \_\_\_\_ Exhibits admitted.

\_\_\_\_ Plaintiff(s) rests.    \_\_\_\_ Defendant(s) rests.

\_\_\_\_ Closing arguments made by _____   \_\_\_\_ Court instructs jury.

\_\_\_\_ Bailiff/matron sworn.   \_\_\_\_ Jury Retires to deliberate.   \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of _____ is read and filed.

\_\_\_\_ Jury polled.  \_\_\_\_ Polling waived.  \_\_\_\_ Jury discharged.  \_\_\_\_ FILED jury note(s).

\_\_\_\_ FILED Witness and Exhibit List(s).   \_\_\_\_ FILED Jury Instructions.

\_\_\_\_ JUDGMENT BY THE COURT in favor of _____ is read and FILED.

\_\_\_\_ FINDINGS, CONCLUSIONS OF LAW & JUDGMENT to be prepared by _____.

\_\_\_\_ Trial stands Submitted to the Court.   \_\_\_\_ Briefs to be filed by _____.

\_\_\_\_ Motion to dismiss by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Exhibit Release Form(s) prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to <u>February 5, 2010 at 9:00 a.m.</u> for **X** further trial.

\_\_\_\_ Other: _____

                                                          <u>06</u> : <u>05</u>
                                    Initials of Deputy Clerk: <u>enm</u>