# GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

SHELLEY KAUFMAN   SBN 100696
EUGENE HARRIS     SBN 214545

Attorneys for Plaintiffs HONGLAN AND SUNGMAN CHO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HONGLAN CHO, SUNGMAN CHO, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LA HABRA, PETE DIPASQUA, JOHN JAIME, and DOES 3 through 50, <br><br> Defendants. | Case No.: SA CV 08-00752 AHS <br><br> PLAINTIFFS' PROPOSED JURY INSTRUCTION 1.8 <br><br><br><br><br> *Honorable United States District Court Judge Alicemarie H. Stotler* |

Plaintiffs HONGLAN CHO and SUNGMAN CHO hereby submit their proposed Jury Instruction No. 1.8, Evidence for Limited Purpose.

Dated: February 8, 2010          GERAGOS & GERAGOS, APC


                                 By: _____/s/_____
                                 SHELLEY KAUFMAN
                                 Attorney for Plaintiffs HONGLAN CHO
                                 and SUNGMAN CHO

# JURY INSTRUCTION 1.8

# EVIDENCE FOR LIMITED PURPOSE

Some evidence may be admitted for a limited purpose only.

When I instruct you that an item of evidence has been admitted for a limited purpose, you must consider it only for that limited purpose and for no other.

You have heard testimony regarding mental health treatment of Michael Cho, including a visit to Kaiser Permanente on December 31, 2007 and information related to a June 2007 incident. This testimony may only be considered for a limited purpose.

If you find that the officers used excessive force, then in the calculation of damages, this evidence may be considered for the purpose of calculating the amount of any damages, if any, you award to Plaintiffs for the loss of the love, companionship, comfort, care, assistance, protection, affections, society and moral support as set forth in other instructions.

You are not allowed to consider this evidence for purposes of determining whether the force used was excessive.