**GERAGOS & GERAGOS**
A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

SHELLEY KAUFMAN  SBN 100696
EUGENE HARRIS    SBN 214545

Attorneys for Plaintiffs HONGLAN AND SUNGMAN CHO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGLAN CHO, SUNGMAN CHO, <br><br>     Plaintiffs, <br><br>   vs. <br><br> CITY OF LA HABRA and DOES 1 through 50, <br><br>     Defendants. | Case No.: SA CV 08-00752 AHS <br><br> **NOTICE OF SETTLEMENT** <br><br> Trial: September 21, 2010 <br> Time: 9:00 a.m. <br><br> *Honorable Alicemarie Stotler* |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties in the above-entitled action have reached a settlement. It is anticipated that a stipulation for Dismissal will be lodged with the Court following the exchange of settlement documents and payment by September 7, 2010.

DATED: August 9, 2010                GERAGOS & GERAGOS, APC

                                     By:   /s/ Shelley Kaufman
                                         SHELLEY KAUFMAN
                                         Attorneys for Plaintiffs
                                         HONGLAN AND SUNGMAN CHO

NOTICE OF SETTLEMENT