# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION

LAWYERS

644 SOUTH FIGUEROA STREET

LOS ANGELES, CALIFORNIA 90017-3411

TELEPHONE (213) 625-3900

FACSIMILE (213) 625-1600

MARK J. GERAGOS     SBN 108325
SHELLEY KAUFMAN   SBN 100696
EUGENE HARRIS       SBN 214545

Attorneys for Plaintiffs HONGLAN AND SUNGMAN CHO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGLAN CHO, SUNGMAN CHO, | Case No.: SA CV 08-00752 AHS |
| Plaintiffs, | STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| vs. | |
| CITY OF LA HABRA, PETE DIPASQUA, JOHN JAIME, and DOES 3 through 50, | |
| Defendants. | *Honorable Alicemarie H. Stotler* |

TO THE HONORABLE COURT:

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs HONGLAN CHO and SUNGMAN CHO, and Defendants CITY OF LA HABRA, PETE DIPASQUA and JOHN JAIME, by and through their counsel of record, have settled the above-captioned matter and hereby stipulate to the dismissal with prejudice of all claims, with each side to bear their own attorneys' fees and costs.

/

/

1    The parties respectfully request the Court enter this Stipulation and Order

2   To Dismiss With Prejudice.

3        **IT IS SO STIPULATED.**

4

5

6                                                            GERAGOS & GERAGOS, APC

7

8   Dated: August 20, 2010              *By:*   _____
                                                SHELLEY KAUFMAN
9                                               Attorneys for Plaintiffs
                                                HONGLAN AND SUNGMAN
10                                              CHO

11

12

13

14

15   Dated: August 20, 2010                    FERGUSON, PRAET & SHERMAN
                                               A Professional Corporation
16

17

18                                     *By:*   _____
                                               BRUCE D. PRAET
19                                             Attorneys for Defendants City of La
                                               Habra, Pete Dipasqua and John Jaime
20

21

22

23

24

25

26

27

28

                                      - 2 -