# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGLAN CHO, SUNGMAN CHO, | Case No.: SA CV 08-00752 AHS |
| Plaintiffs, | ORDER TO DISMISS WITH PREJUDICE |
| vs. | |
| CITY OF LA HABRA and DOES 1 through 50, | |
| Defendants. | *Honorable Alicemarie H. Stotler* |

The Court having considered the Stipulation of the parties having settled the case, and GOOD CAUSE appearing, it is hereby ORDERED that the above-captioned matter is dismissed with prejudice.

*IT IS SO ORDERED*.

Dated: _____, 2010

_____
HONORABLE ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE