JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONGLAN CHO, SUNGMAN CHO,       )   No. SACV08-00752 AHS
                                )
                                )   **ORDER TO DISMISS WITH**
          Plaintiffs,           )   **PREJUDICE**
                                )
     vs.                        )
                                )
CITY OF LA HABRA and DOES 1 through )
50,                             )
                                )
                                )
          Defendants.           )
_____ )

     The Court having considered the Stipulation of the parties having settled the

case, and GOOD CAUSE appearing, it is hereby ORDERED that the above-

captioned matter is dismissed with prejudice.


                         *IT IS SO ORDERED.*

Dated: August 23, 2010


                         ALICEMARIE H. STOTLER
                         HONORABLE ALICEMARIE H. STOTLER
                         UNITED STATES DISTRICT JUDGE